No. 78–1390. ILLINOIS CENTRAL GULF RAILROAD CO. *v.* CLAIBORNE ET AL. C. A. 5th Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 78–1583. ALLSTATE INSURANCE CO. *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL. Sup. Ct. Mich. Motion of National Association of Independent Insurers et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 78–1610. UNITED AIR LINES, INC. *v.* McDONALD. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–1618. SOUTHERN RAILWAY CO. ET AL. *v.* YAWN ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 78–6375. FERGUSON *v.* TEXAS. Ct. Crim. App. Tex.;
No. 78–6462. REDD *v.* GEORGIA. Sup. Ct. Ga.; and
No. 78–6561. YOUNG *v.* ZANT, WARDEN. Sup. Ct. Ga. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.